CSD 1001A [08/22/03]
Name, Address, Telephone No. & I.D. No.

DAVID A. ORTIZ, ATTORNEY #167587
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
619-557-5013

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on April 12, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

In Re

CRAIG HART,

                                                    Debtor.

BANKRUPTCY NO. 10-00095-M11

Date of Hearing: March 30, 2010
Time of Hearing: 2:00 p.m.
Name of Judge:   JAMES W. MEYERS

# ORDER DISMISSING CASE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  2  with exhibits, if any, for a total of  2  pages, is granted.  Motion/Application Docket Entry No.  33 

//
//
//
//
//
//

DATED: April 12, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE
(Firm name)

By: /S/ David A. Ortiz
    Attorney for Movant

_____
Judge, United States Bankruptcy Court

CSD 1001A

The matter of dismissal of the instant case came before the Court on Tuesday March 30, 2010, in Department One of the United States Bankruptcy Court, the Hon. James W. Meyers, Bankruptcy Judge, presiding. Joseph Rego appeared on behalf of the Debtor. David Ortiz appeared on behalf of the United States Trustee. All other appearances were as noted on the record.

Based upon the Court's order shortening time for the Notice of Intended Action to Dismiss Case, granted in open court on March 30, 2010, the Notice of Intended Action to Dismiss Case filed and served upon all creditors on March 31, 2010, and the lack of any opposition filed thereto,

IT IS HEREBY ORDERED that the instant case is DISMISSED.

IT IS FURTHER ORDERED that this Court retains jurisdiction to adjudicate any applications to employ professionals, and any disputes concerning monthly operating reports and fees due and owing pursuant to 28 U.S.C. §1930(a)(6).

Approved as to form

 /s/ Joseph Rego
Joseph Rego
Attorney for the Debtor

CSD 1001A

*Signed by Judge James W. Meyers April 12,2010*